United States District Court
Southern District of Texas
ENTERED
July 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ANGELO VALENTIM ZUCCOLOTTO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-05446** |
| | § | |
| **MARTIN FRINK, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Parties may file a supplemental brief addressing the Fifth Circuit's recent order in *Sosnava Rodriguez v. Ortega*, No. 26-50183, Dkt. 199-1 (5th Cir. July 21, 2026) (order granting "Appellants' opposed motion for stay of the district court judgments pending rehearing *en banc*") by July 28, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 22, 2026.

Keith P. Ellison
United States District Judge